## WILLIAMS *et al. v.* CHEATHAM.

99a 301
107 262

99   301
Case 1
f129  717

*Simmons, C. J.*—It appearing from the allegations of the plaintiff's petition as amended that the various matters of which she therein complains against the defendant had been adjudicated against her by a consent judgment rendered in "an equity proceeding" to which both of them were parties, and the declaration not making it, for any reason therein alleged, apparent that this judgment was void, and neither it nor any of the pleadings upon which it was founded being set forth, and all the presumptions of law being in favor of its validity, the petition set forth no cause of action, and the court erred in overruling the demurrer to the same.     *Judgment reversed.*
August 10, 1896.

Equitable petition.    Before Judge Reese.    Madison superior court.    September term, 1895.

*John J. Strickland* and *W. M. Howard,* for plaintiffs in error.    *H. H. Carlton,* contra.

---

## WILLIAMS *v.* WEBB *et al.*

99   301
Case 2
118   111

*Lumpkin, J.*—1. A married woman who was not living separate and apart from her husband was not, under the constitution of 1868, entitled to have a homestead set apart to herself out of her own property.    *Bechtoldt* v. *Fain et al.,* 71 *Ga.* 495.

2. This being so, proceedings instituted in her behalf for setting apart such a homestead were, though carried to final approval by the ordinary, absolutely void, and constituted no obstacle to a sale, under an execution against her, of the property sought to be exempted.     *Judgment affirmed.*
August 18, 1896.

Equitable petition.    Before Judge Reese.    Hancock superior court.    August term, 1895.

*Lewis & Moore,* for plaintiff.